AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>STEPHEN BAKER<br><br>Defendant | Case: 1:23-mj-00357<br>Assigned To : Judge G. Michael Harvey<br>Assign. Date : 2/21/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ STEPHEN BAKER

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

2024.02.21 11:37:16 -05'00'

_Issuing officer's signature_

Date: 2/21/2024

City and state: Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ February 27, 2024, and the person was arrested on _(date)_ March 1, 2024
at _(city and state)_ Dallas, Texas

Date: March 1, 2024

_Arresting officer's signature_

Special Agent Chad James Rogers
_Printed name and title_