UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 23-MJ-00357 |
| ) | |
| **STEPHEN BAKER** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Stephen Baker


Dated: March 5, 2024                    Respectfully Submitted,

                                              /s/ William L. Shipley
                                              William L. Shipley, Jr., Esq.
                                              PO BOX 745
                                              Kailua, Hawaii 96734
                                              Tel: (808) 228-1341
                                              Email: 808Shipleylaw@gmail.com

                                              *Attorney for Defendant*