IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § | |
| vs. | § § | CAUSE NO.: 1:23-MJ-00357 |
| STEPHEN BAKER | § § | |

### AGREED ENTRY OF APPEARANCE OF COUNSEL

☑    I wish to enter my appearance as retained co-counsel for the above-named defendant in this cause.

☐    I hereby enter my appearance as appointed counsel for the above-named defendant in this cause.

I understand that it is my duty to continue to represent the above-named defendant, in connection with all matters relating to this case, and in connection with all proceedings therein in this court; unless and until, after written motion filed by me, I am relieved by Order of the Court.

Dated: 3/6/24

/s/ JAMES LEE BRIGHT
ATTORNEY FOR DEFENDANT
STATE BAR NO.: 24001786
3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
(214) 720-7777 OFFICE
(214) 720-7778 FAX
JLBrightLaw@gmail.com

## **CERTIFICATE OF SERVICE**

This is to certify that on the <u>  6th  </u> day of <u>  March            </u>, 20<u> 24 </u>, a true and correct copy of the above and foregoing document was served upon the United States Attorney's Office via Electronic Filing.

/s/ JAMES LEE BRIGHT
JAMES LEE BRIGHT